## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| SPECIALIZED BICYCLE | ) | |
| COMPONENTS, INC., | ) | |
| | ) | FILE NO. _____ |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | |
| WAGAMAN ENTERPRISES, INC. | ) | |
| d/b/a PEACHTREE BIKES; | ) | |
| MIKE R. WAGAMAN; and | ) | |
| ELEXA WAGAMAN, | ) | |
| | ) | |
| Defendants. | | |

## **COMPLAINT**

Plaintiff Specialized Bicycle Components, Inc. ("Specialized"), for its Complaint against Wagaman Enterprises, Inc. d/b/a Peachtree Bikes ("Wagaman Enterprises"); Mike R. Wagaman ("M. Wagaman"); and Elexa Wagaman ("E. Wagaman") (hereinafter collectively referred to as "Defendants"), alleges as follows:

## **THE PARTIES**

1.

Plaintiff Specialized Bicycle Components is a California Foreign Profit Corporation, with its principal place of business and corporate headquarters located at 15130 Concord Circle, Morgan Hill, California, 95037.

2.

Defendant Wagaman Enterprises, Inc. is a Georgia Corporation, whose registered agent is David Decker, who can be served at 1102 Springdale Road, Atlanta, Dekalb County, Georgia 30306-3030.

3.

Defendant Mike R. Wagaman ("M. Wagaman") is a citizen of the State of Georgia, and the CEO, CFO, and Secretary of Wagaman Enterprises, Inc., who upon information and belief can be served at his home address at 272 Farm Road SE, Marietta, Georgia 30067.

4.

Defendant Elexa Wagaman ("E. Wagaman") is a citizen of the State of Georgia, who upon information and belief can be served at her home address at 272 Farm Road SE, Marietta, Georgia 30067.

## JURISDICTION AND VENUE

5.

This Court has jurisdiction over the subject matter of this action under 28 U.S.C. § 1332.  Complete diversity exists between Plaintiff on one hand, and Defendants on the other hand.  The amount in controversy exceeds $75,000.00, exclusive of interest and costs.[1]

---

[1] *See* Specialized Statement, Exhibit B.

6.

This Court has personal jurisdiction over the Defendants because they are all citizens of the State of Georgia.

7.

Pursuant to 28 U.S.C. § 1391(b)(2), venue is proper in the Northern District of Georgia, Atlanta Division because a substantial part of the events or omissions giving rise to the claims occurred in Fulton County, Georgia, which is part of the Atlanta Division of the Northern District.

8.

This Court has subject matter jurisdiction over this action.

## FACTUAL BACKGROUND

9.

Plaintiff is a business specializing in the design and distribution of high end bicycles and cycling equipment, located and doing business at 15130 Concord Circle, Morgan Hill, California, 95037.

10.

Wagaman Enterprises, Inc. dba Peachtree Bikes ("Peachtree") formerly owned and operated Peachtree Bikes, a bicycle shop located at 4540 Roswell Rd, Sandy Springs, GA 30342.

11.

Wagaman Enterprises, Inc. was a Specialized Authorized Retailer.  To that end, it entered into a series of agreements with Specialized, most recently a Dealer Agreement dated August 9, 2012 ("Dealer Agreement").  The Dealer Agreement allowed Wagaman Enterprises, Inc. to purchase Specialized branded bicycles and equipment ("Product") on credit from Specialized for resale to retail customers at the Peachtree store.

12.

Section 8 of the Dealer Agreement states:

**Terms of Payment.** Unless expressed otherwise, all payments for Specialized Products are due within thirty (30) days of sale. Dealer agrees to make payments in strict accordance with credit terms extended by Specialized, which credit terms will be at Specialized's sole discretion. All past due amounts will accrue interest at the rate of one and one half percent per month. Dealer grants Specialized an irrevocable license to inspect each location and Specialized product. This license includes the right, but not the obligation, to seize product for the purpose of resale to reduce Dealer's liability to Specialized.

13.

Pursuant to Section 8, Defendants agreed to pay Specialized for the Product within thirty days of the sale of Product to Peachtree, or on such other credit terms as Specialized may have extended from time to time.

14.

Pursuant to Sections 7 and 8 of the Dealer Agreement, Defendants agreed that if they breached the Dealer Agreement and/or failed to pay for the Product they purchased on credit, they would pay an additional five (5%) percent handling fee, pre-judgment interest thereon at the rate of one and a half percent (1.5%) per month until all charges are paid in full, and costs of collections including attorney's fees and costs.

15.

On March 23, 2006,  Defendants M. Wagaman and E. Wagaman each agreed and executed a personal guaranty to Specialized for all obligations under all contracts and the Dealer Agreement, including all payments due for the Product. Defendant M. Wagaman subsequently executed identical guaranties of Wagaman Enterprises, Inc.'s debts to Specialized on August 5 and October 28, 2008.  Each guaranty is entitled "Guaranty."( All  three Guaranty agreements are attached hereto, collectively, as "Exhibit A".)

16.

Each Guaranty requires Defendants M. Wagaman and E. Wagaman to pay Peachtree's debts to Specialized.  Each Guaranty is unconditional and continuing and entitles Specialized to an award of its collection costs, including attorney's fees,

against Defendant M. Wagaman and E. Wagaman jointly and severally (*See* Exhibit A.)

17.

Wagaman Enterprises, Inc. purchased Product from Specialized pursuant to the Dealer Agreement, took possession of Product, and sold said Product to its customers.

18.

Wagaman Enterprises, Inc. failed to pay Specialized for the Product it purchased.  Defendants M. Wagaman and E. Wagaman have failed and refused to perform under the terms of each Guaranty they signed.

19.

The remaining unpaid balance due for Product delivered to Peachtree by Specialized is $239,901.61 plus accrued interest.  This totals $306,564.55 through May 18, 2021 (*See* Statement of Account for Wagaman Enterprises, Inc., attached hereto as "Exhibit B".)

20.

Defendants promised to pay Specialized in full when they sold Peachtree to a new owner. Defendants completed the sale to the new owner but failed and refused to pay Specialized.

21.

To date, Defendants have failed to pay the balance $306,564.00. (Exhibit B.)

22.

Plaintiff attempted repeatedly to correspond with Defendants regarding payment of the remaining balance, but to no avail.

23.

On May 20, 2021, Plaintiff sent Defendants a Demand Letter attempting to collect on Defendants' debt. (*See* Demand Letter, attached hereto as "Exhibit C".)

24.

Defendants failed to pay in response to Plaintiff's Demand Letter.

25.

Defendants' total principal remaining balance due for the Product is $239,901.61 plus interest through May 18, 2021 of $66,662.94 for a total of $306,564.55.

## COUNT I

## BREACH OF CONTRACT

26.

Paragraphs 1 through 25 of Plaintiff's Complaint for Damages are incorporated by reference as if fully set forth herein.

27.

Plaintiff and Defendants entered into the Dealer Agreement and the Guaranty agreements, wherein Defendants agreed to pay, and each personally guaranty to pay Plaintiff for the Product.

28.

Said agreements represented binding contracts between the parties.

29.

Defendants are bound by the Dealer Agreement and the Guaranty agreements to pay Plaintiff the total agreed upon amount for the Product in the amount of $306,564.00, including interest through May 18, 2021. (Dealer Agreement, Section 8.)

30.

Defendants materially breached the Dealer Agreement and the Guaranty agreements.  Specifically, Defendants have failed to pay the principal and interest due for the Product in the amount of $306,564.55. (*See* Exhibit B.)

31.

Plaintiff incurred damages as a result of the above-described breach in the amount of $306,564.55. (*See* Exhibit B.)

32.

Plaintiff is entitled to recover a judgment against Defendants for Defendants'

breach of contract in the principal amount of $239,901.61, five (5%) percent handling fee, and pre-judgment interest thereon at the rate of one and a half percent (1.5%) per month until all charges are paid in full. (Dealer Agreement , Section 8.) Through May 18, 2021 $66,662.94 in interest has accrued on the principal balance of $239,901.61.

## COUNT II

## UNJUST ENRICHMENT

### 33.

Paragraphs 1 through 32 of Plaintiff's Complaint for Damages are incorporated by reference as if fully set forth herein.

### 34.

Plaintiff conferred a benefit to Defendants by allowing them exclusive possession, control and the sale of the Product without paying the remaining balance of $306,564.55 for the Product.

### 35.

Defendants were unjustly enriched by the failure to pay the balance owing on the Product.  The failure to pay the remaining balance of $306,564.55 for the Product conferred Defendants benefits that would not otherwise have been achieved.

36.

Plaintiff incurred damages as a result of the above-described conduct in the amount of $306,564.55.

37.

Plaintiff is entitled to recover a judgment against Defendants in the principal amount of $239,901.61, five (5%) percent handling fee, and pre-judgment interest thereon at the rate of one and a half percent (1.5%) per month until all charges are paid in full.  Interest in the amount of $66,662.94 has accrued through May 18, 2021.

## COUNT III

## OPEN ACCOUNT/ACCOUNT STATED

38.

Paragraphs 1 through 37 of Plaintiff's Complaint for Damages are incorporated by reference as if fully set forth herein.

39.

Plaintiff provided valuable Product to Defendants and submitted invoices to Defendants for payment for the Product.

40.

Defendants did not object to any of the invoices for the Product.

41.

The invoices sent by Plaintiff to Defendants reflect a commercial account

between the parties and such a commercial account is subject to 18% per annum pre-judgment interest on unpaid commercial amounts as provided by O.C.G.A. § 7-4-16. *See Patton v. Turnage*, 260 Ga. App. 744 (2003).

42.

Defendants have failed to pay Plaintiff for the amounts due in the invoices, and, as such, there remains due and owing the principal and interest in the sum of $306,564.55.

43.

As a direct and proximate result of Defendants' failure to pay the sums due on the open account with Plaintiff, Plaintiff has suffered damages in the principal amount of $239,901.61, together with pre-judgment interest at the rate of 18% per annum.  Interest in the amount of $66,662.94 has accrued through May 18, 2021. Plaintiff is further entitled to collect all of its costs and attorney's fees in the collection of this matter.

## COUNT IV

## ATTORNEY'S FEES

44.

Paragraphs 1 through 43 of Plaintiff's Complaint for Damages are incorporated by reference as if fully set forth herein.

45.

Pursuant to Section 9 of each Guaranty agreement, Defendants agreed to pay any late fees, attorney's fees and expenses incurred in collecting upon the amount owed for the Product, and are liable for the remaining balance.

46.

Defendants have acted in bad faith, and have been stubbornly litigious, causing Plaintiff unnecessary trouble and expense.

47.

As a result of Defendants' actions, Plaintiff is entitled to recover its expenses of litigation, including reasonable attorneys' fees pursuant to O.C.G.A. § 13-6-11 and § 13-6-13.

## **JURY DEMAND**

Plaintiff demands a trial by jury on all triable issues.

## **PRAYER FOR RELIEF**

WHEREFORE, Plaintiff Specialized Bicycle Components, Inc. prays this Court for the following relief:

A.     Compensatory and special damages against Defendants in an amount to be proven at trial;

B.     Prejudgment and post-judgment interest;

C.     For the cost of this suit;

D.    Attorney's fees;

E.    A trial by a jury of twelve on all issues so triable; and

F.    For such other and proper relief as this Court may deem just and proper.

Respectfully submitted this 14th day of July, 2021.

| | |
|---|---|
| **LEWIS BRISBOIS BISGAARD** | /s/  Adi Allushi |
| **& SMITH LLP** | P. MICHAEL FREED |
| 600 Peachtree Street NE | Georgia Bar No. 061128 |
| Suite 4700 | ADI ALLUSHI |
| Atlanta, Georgia 30308 | Georgia Bar No. 852810 |
| 404.348.8585; 404.467.8845 Fax | |
| Michael.Freed@lewisbrisbois.com | *Counsel for Plaintiff* |
| Adi.Allushi@lewisbrisbois.com | *Specialized Bicycle Components, Inc.* |

For valuable consideration received from **Specialized Bicycle Components Inc.** ("Specialized"), the receipt of which is acknowledged by :

WAZAMAN ENTERPRISES INC DBA PEACHTREE BIKES ("Dealer"), and in
*(PRINT Business Name of Dealer)*

consideration of present and future sales programs and agreements ("contracts") between Specialized and Dealer, the undersigned :

MIKE & ELENA WAZAMAN ("Guarantor"),
*(PRINT Name(s) of Owner(s)/Guarantor(s)*

hereby agrees and promises as follows:

1. **Obligation of Guarantor.** Guarantor hereby guarantees on a continuing basis the prompt and complete performance by Dealer of the terms, covenants, and conditions of all present and future contracts, written or oral, between Dealer and Specialized for the purchase and sales of bicycles, bicycles parts, and/or equipment (including rental thereof), or any other merchandise, or the sale of any services and that Dealer will pay when due the contract price of any and all goods or services specified in or delivered under such contracts. Further, upon notice from Specialized of any default by the Dealer, under such contracts or any extensions thereof, either in the payment of all or part of the contract price, or in the failure to accept delivery under said contracts, or in the failure to pay freight or other charges in accordance with any contract, or upon the failure of the dealer to observe any other term, covenant or condition of such contract, guarantor shall unconditionally become liable to Specialized, and shall pay to Specialized in Santa Clara County, California, any amount which Dealer is then owing, including without limitation any claim for damages, costs or expenses attributable to failure by Dealer either to accept delivery or to take proper care of merchandise delivered but not accepted for any reason, or for the violation by Dealer of any term, covenant or condition of any said contracts. Guarantor's obligation shall include the payment of the entire interest and/or post maturity charges specified in the underlying contracts or such lesser amount computed at the maximum rate Guarantor is permitted to pay under applicable law.

2. **Security Interest.** Dealer hereby grants to Specialized a purchase money security interest in all inventory of goods and merchandise, now held or hereafter sold by Specialized to Dealer, bearing the trade name(s) Specialized, and any proceeds thereof or therefrom.

3. **Extensions of Time and Modifications.** The obligations of Guarantor are not in any way released or discharged by reason of any modification or extension of time for performance of any contract or of any term, covenant, or condition thereof, or by reason of any extension of time for the payment of the whole or any part of the indebtedness of said Dealer, or by reason of the receipt and acceptance by Specialized of notes, bills, checks, or other instruments for the payment of money made either by the said Dealer or by any other person or persons, and extensions and renewals thereof.

4. **Cessation of Delivery.** Specialized shall have the right, without notice to or approval by Guarantor, and without affecting or discharging in whole or in part the liability of guarantor hereunder, to refuse to deliver further merchandise until Dealer fully performs its obligations under contracts then outstanding.

5. **Continuing Guaranty.** This is a continuing Guaranty applicable to all present and/or future contracts between Specialized and Dealer and is applicable to all such contracts until this agreement is terminated by guarantor through delivery of a written notice of termination. Such notice shall be sent certified mail, return receipt requested, addressed to National Credit Manager and mailed to Specialized at its principal office in Santa Clara County, California. Such notice shall be operative only as to subsequent contracts and shall not release Guarantor of its obligation hereunder with respect to sales made and contracts entered into prior to the date that such notice is received by Specialized.

6. **Notice.** Guarantor shall be deemed to have notice from Specialized without any further action from Specialized, of all obligations of Dealer, and the amounts and terms thereof, and notice of defaults, non-performance or non-payment by Dealer of any of its obligations or liabilities under any existing or future contracts between said Dealer and Specialized. Specialized shall be under no obligation to proceed against Dealer prior to exercise of its rights under this Agreement.

7. **Records.** The books of account, papers, and documents maintained by Specialized in its normal course of business shall be deemed prima facie evidence of the existence of an indebtedness against Dealer and of the extent of such indebtedness.

8. **Acceleration of Liability.** All liabilities of Dealer shall mature immediately and be deemed in default, upon occurrence in any of the following instances: Default of any payment in accordance of the terms under which credit was extended, reorganization of Dealer, any change in ownership of Dealer, sale of a majority interest in Dealer, any transfer, or attempt to transfer, assets (other than in the normal course of retail sales business), liabilities or obligations of Dealer; the commission of an act of bankruptcy by Dealer, the appointment of a receiver for Dealer or any of its property, the filing of a voluntary or involuntary petition in bankruptcy or arrangement, the making of an assignment for the benefit of creditors, or the calling of a meeting of creditors by Dealer.

9. **Attorneys' Fees & Collection Costs.** Should Guarantor, after receipt of written notice form Specialized, fail or delay in any way to comply immediately in all respects with its obligations hereunder, and should failure or delay require referral to an attorney or collection agency for enforcement, Guarantor shall pay to Specialized a reasonable amount as attorney's fees and collection costs, or at the option of Specialized, a specific sum equal to 30% of the total amount due, provided, however, that the foregoing provision of attorneys' fees and collection costs is void where prohibited by applicable law.

10. **Joint and Several Liability.** The term "Guarantor" as used herein shall mean all persons signing this agreement, and such persons, if more than one, shall be jointly and severally liable hereunder. The liability of one or more Guarantors shall not be conditioned on the signature, acts, or performance of another Guarantor. This agreement shall be binding on the Guarantor and the heirs and personal representatives of the Guarantor.

11. **Entire Agreement and Interpretation.** This agreement supersedes all prior oral or written understandings, constitutes the entire agreement between Guarantor and Specialized, and may not be changed or amended in any manner. Should any term or provision of this agreement be held illegal or unenforceable for any reason, the validity of the remaining portions shall not be affected thereby. The interpretation, validity and performance of this entire agreement shall be governed by the law of the State of California; however, Specialized may elect to enforce this Guaranty in any forum which it selects.

**IN WITNESS WHEREOF,** Guarantor has executed this Guaranty this 23rd day of MARCH , 20 06

Owner Mike R. Wazama , Individually
*SIGNATURE*

Co-Owner , Individually
*SIGNATURE*

WITNESS: DATE: 3/23/06



# SPECIALIZED®

## *Resale Certificate*

Business Name: __PEACHTREE BIKES__

Address of Business: __2837 PEACHTREE ROAD, ATLANTA, GA 30305__

I HEREBY CERTIFY: That I hold valid seller's permit No. __76-0796775__

issued pursuant to the Sales and Use Tax Law; that I am engaged in the business of selling:

__Bicycles and accessories__

The tangible personal property described herein which I shall purchase from:

**Specialized Bicycle Components, Inc.**
**15130 Concord Circle**
**Morgan Hill, CA 95037**

will be resold by me in the form of tangible personal property; provided, however, that in the event any of such property is used for any purpose other than retention, demonstration, or display while holding it for sale in the regular course of business, it is understood that I am required by Sales and Use Tax Law to report and pay tax, measured by the purchase price of such property of other authorized amount.

Description of property to be purchased: Bicycles and/or related parts and accessories

Name of Business Owner: __MIKE WAGAMAN__     Phone: (__404__) __262-9853__
(Please Print )

Owners Signature: __Mike Wzn__     Date: __3/28/2006__

*Specialized Bicycle Components, Inc. • 15130 Concord Circle, Morgan Hill, California 95037 • Phone: 408 779 6229*

For valuable consideration received from **Specialized Bicycle Components Inc.** ("Specialized"), the receipt of which is acknowledged by :

*Peachtree Bikes* ("Dealer"), and in

(PRINT Business Name of Dealer)

consideration of present and future sales programs and agreements ("contracts") between Specialized and Dealer, the undersigned :

*Mike Wagamon* ("Guarantor"),

(PRINT Name(s) of Owner(s)/Guarantor(s)

hereby agrees and promises as follows:

1. **Obligation of Guarantor.** Guarantor hereby guarantees on a continuing basis the prompt and complete performance by Dealer of the terms, covenants, and conditions of all present and future contracts, written or oral, between Dealer and Specialized for the purchase and sales of bicycles, bicycles parts, and/or equipment (including rental thereof), or any other merchandise, or the sale of any services and that Dealer will pay when due the contract price of any and all goods or services specified in or delivered under such contracts. Further, upon notice from Specialized of any default by the Dealer, under such contracts or any extensions thereof, either in the payment of all or part of the contract price, or in the failure to accept delivery under said contracts, or in the failure to pay freight or other charges in accordance with any contract, or upon the failure of the dealer to observe any other term, covenant or condition of such contract, guarantor shall unconditionally become liable to Specialized, and shall pay to Specialized in Santa Clara County, California, any amount which Dealer is then owing, including without limitation any claim for damages, costs or expenses attributable to failure by Dealer either to accept delivery or to take proper care of merchandise delivered but not accepted for any reason, or for the violation by Dealer of any term, covenant or condition of any said contracts. Guarantor's obligation shall include the payment of the entire interest and/or post maturity charges specified in the underlying contracts or such lesser amount computed at the maximum rate Guarantor is permitted to pay under applicable law.

2. **Security Interest.** Dealer hereby grants to Specialized a purchase money security interest in all inventory of goods and merchandise, now held or hereafter sold by Specialized to Dealer, bearing the trade name(s) Specialized, and any proceeds thereof or therefrom.

3. **Extensions of Time and Modifications.** The obligations of Guarantor are not in any way released or discharged by reason of any modification or extension of time for performance of any contract or of any term, covenant, or condition thereof, or by reason of any extension of time for the payment of the whole or any part of the indebtedness of said Dealer, or by reason of the receipt and acceptance by Specialized of notes, bills, checks, or other instruments for the payment of money made either by the said Dealer or by any other person or persons, and extensions and renewals thereof.

4. **Cessation of Delivery.** Specialized shall have the right, without notice to or approval by Guarantor, and without affecting or discharging in whole or in part the liability of guarantor hereunder, to refuse to deliver further merchandise until Dealer fully performs its obligations under contracts then outstanding.

5. **Continuing Guaranty.** This is a continuing Guaranty applicable to all present and/or future contracts between Specialized and Dealer and is applicable to all such contracts until this agreement is terminated by guarantor through delivery of a written notice of termination. Such notice shall be sent certified mail, return receipt requested, addressed to National Credit Manager and mailed to Specialized at its principal office in Santa Clara County, California. Such notice shall be operative only as to subsequent contracts and shall not release Guarantor of its obligation hereunder with respect to sales made and contracts entered into prior to the date that such notice is received by Specialized.

6. **Notice.** Guarantor shall be deemed to have notice from Specialized without any further action from Specialized, of all obligations of Dealer, and the amounts and terms thereof, and notice of defaults, non-performance or non-payment by Dealer of any of its obligations or liabilities under any existing or future contracts between said Dealer and Specialized. Specialized shall be under no obligation to proceed against Dealer prior to exercise of its rights under this Agreement.

7. **Records.** The books of account, papers, and documents maintained by Specialized in its normal course of business shall be deemed prima facie evidence of the existence of an indebtedness against Dealer and of the extent of such indebtedness.

8. **Acceleration of Liability.** All liabilities of Dealer shall mature immediately and be deemed in default, upon occurrence in any of the following instances: Default of any payment in accordance of the terms under which credit was extended, reorganization of Dealer, any change in ownership of Dealer, sale of a majority interest in Dealer, any transfer, or attempt to transfer, assets (other than in the normal course of retail sales business), liabilities or obligations of Dealer; the commission of an act of bankruptcy by Dealer, the appointment of a receiver for Dealer or any of its property, the filing of a voluntary or involuntary petition in bankruptcy or arrangement, the making of an assignment for the benefit of creditors, or the calling of a meeting of creditors by Dealer.

9. **Attorneys' Fees & Collection Costs.** Should Guarantor, after receipt of written notice form Specialized, fail or delay in any way to comply immediately in all respects with its obligations hereunder, and should failure or delay require referral to an attorney or collection agency for enforcement, Guarantor shall pay to Specialized a reasonable amount as attorney's fees and collection costs, or at the option of Specialized, a specific sum equal to 30% of the total amount due, provided, however, that the foregoing provision of attorneys' fees and collection costs is void where prohibited by applicable law.

10. **Joint and Several Liability.** The term "Guarantor" as used herein shall mean all persons signing this agreement, and such persons, if more than one, shall be jointly and severally liable hereunder. The liability of one or more Guarantors shall not be conditioned on the signature, acts, or performance of another Guarantor. This agreement shall be binding on the Guarantor and the heirs and personal representatives of the Guarantor.

11. **Entire Agreement and Interpretation.** This agreement supersedes all prior oral or written understandings, constitutes the entire agreement between Guarantor and Specialized, and may not be changed or amended in any manner. Should any term or provision of this agreement be held illegal or unenforceable for any reason, the validity of the remaining portions shall not be affected thereby. The interpretation, validity and performance of this entire agreement shall be governed by the law of the State of California; however, Specialized may elect to enforce this Guaranty in any forum which it selects.

**IN WITNESS WHEREOF, Guarantor has executed this Guaranty**

this *28* day of *October*, 20 *08*

**Owner** *(signature)*, Individually

SIGNATURE

**Co-Owner** _____, Individually

SIGNATURE

**WITNESS:** *James Brewsters*   **DATE:** *10-28-08*



# *SPECIALIZED*®

---

## *Resale Certificate*

Business Name: PEACHTREE BIKES

Address of Business: 2825 PEACHTREE RD NE    ATLANTA, GA 30305

I HEREBY CERTIFY: That I hold valid seller's permit No. 76-0796775

issued pursuant to the Sales and Use Tax Law; that I am engaged in the business of selling:

BICYCLES / PARTS / ACCESSORIES

The tangible personal property described herein which I shall purchase from:

**Specialized Bicycle Components, Inc.**
**15130 Concord Circle**
**Morgan Hill, CA 95037**

will be resold by me in the form of tangible personal property; provided, however, that in the event any of such property is used for any purpose other than retention, demonstration, or display while holding it for sale in the regular course of business, it is understood that I am required by Sales and Use Tax Law to report and pay tax, measured by the purchase price of such property of other authorized amount.

Description of property to be purchased: Bicycles and/or related parts and accessories

Name of Business Owner: Mike Wagann          Phone:(   )
                        (Please Print )

Owners Signature: Mike Wagann          Date: 10/28/2008

---

For valuable consideration received from **Specialized Bicycle Components Inc.** ("Specialized"), the receipt of which is acknowledged by :

**PEACHTREE BIKES** ("Dealer"), and in
*(PRINT Business Name of Dealer)*

consideration of present and future sales programs and agreements ("contracts") between Specialized and Dealer, the undersigned :

**MIKE WASHMAN** ("Guarantor"),
*(PRINT Name(s) of Owner(s)/Guarantor(s))*

hereby agrees and promises as follows:

**1. Obligation of Guarantor.** Guarantor hereby guarantees on a continuing basis the prompt and complete performance by Dealer of the terms, covenants, and conditions of all present and future contracts, written or oral, between Dealer and Specialized for the purchase and sales of bicycles, bicycles parts, and/or equipment (including rental thereof), or any other merchandise, or the sale of any services and that Dealer will pay when due the contract price of any and all goods or services specified in or delivered under such contracts. Further, upon notice from Specialized of any default by the Dealer, under such contracts or any extensions thereof, either in the payment of all or part of the contract price, or in the failure to accept delivery under said contracts, or in the failure to pay freight or other charges in accordance with any contract, or upon the failure of the dealer to observe any other term, covenant or condition of such contract, guarantor shall unconditionally become liable to Specialized, and shall pay to Specialized in Santa Clara County, California, any amount which Dealer is then owing, including without limitation any claim for damages, costs or expenses attributable to failure by Dealer either to accept delivery or to take proper care of merchandise delivered but not accepted for any reason, or for the violation by Dealer of any term, covenant or condition of any said contracts. Guarantor's obligation shall include the payment of the entire interest and/or post maturity charges specified in the underlying contracts or such lesser amount computed at the maximum rate Guarantor is permitted to pay under applicable law.

**2. Security Interest.** Dealer hereby grants to Specialized a purchase money security interest in all inventory of goods and merchandise, now held or hereafter sold by Specialized to Dealer, bearing the trade name(s) Specialized, and any proceeds thereof or therefrom.

**3. Extensions of Time and Modifications.** The obligations of Guarantor are not in any way released or discharged by reason of any modification or extension of time for performance of any contract or of any term, covenant, or condition thereof, or by reason of any extension of time for the payment of the whole or any part of the indebtedness of said Dealer, or by reason of the receipt and acceptance by Specialized of notes, bills, checks, or other instruments for the payment of money made either by the said Dealer or by any other person or persons, and extensions and renewals thereof.

**4. Cessation of Delivery.** Specialized shall have the right, without notice to or approval by Guarantor, and without affecting or discharging in whole or in part the liability of guarantor hereunder, to refuse to deliver further merchandise until Dealer fully performs its obligations under contracts then outstanding.

**5. Continuing Guaranty.** This is a continuing Guaranty applicable to all present and/or future contracts between Specialized and Dealer and is applicable to all such contracts until this agreement is terminated by guarantor through delivery of a written notice of termination. Such notice shall be sent certified mail, return receipt requested, addressed to National Credit Manager and mailed to Specialized at its principal office in Santa Clara County, California. Such notice shall be operative only as to subsequent contracts and shall not release Guarantor of its obligation hereunder with respect to sales made and contracts entered into prior to the date that such notice is received by Specialized.

**6. Notice.** Guarantor shall be deemed to have notice from Specialized without any further action from Specialized, of all obligations of Dealer, and the amounts and terms thereof, and notice of defaults, non-performance or non-payment by Dealer of any of its obligations or liabilities under any existing or future contracts between said Dealer and Specialized. Specialized shall be under no obligation to proceed against Dealer prior to exercise of its rights under this Agreement.

**7. Records.** The books of account, papers, and documents maintained by Specialized in its normal course of business shall be deemed prima facie evidence of the existence of an indebtedness against Dealer and of the extent of such indebtedness.

**8. Acceleration of Liability.** All liabilities of Dealer shall mature immediately and be deemed in default, upon occurrence in any of the following instances: Default of any payment in accordance of the terms under which credit was extended, reorganization of Dealer, any change in ownership of Dealer, sale of a majority interest in Dealer, any transfer, or attempt to transfer, assets (other than in the normal course of retail sales business), liabilities or obligations of Dealer; the commission of an act of bankruptcy by Dealer, the appointment of a receiver for Dealer or any of its property, the filing of a voluntary or involuntary petition in bankruptcy or arrangement, the making of an assignment for the benefit of creditors, or the calling of a meeting of creditors by Dealer.

**9. Attorneys' Fees & Collection Costs.** Should Guarantor, after receipt of written notice form Specialized, fail or delay in any way to comply immediately in all respects with its obligations hereunder, and should failure or delay require referral to an attorney or collection agency for enforcement, Guarantor shall pay to Specialized a reasonable amount as attorney's fees and collection costs, or at the option of Specialized, a specific sum equal to 30% of the total amount due, provided, however, that the foregoing provision of attorneys' fees and collection costs is void where prohibited by applicable law.

**10. Joint and Several Liability.** The term "Guarantor" as used herein shall mean all persons signing this agreement, and such persons, if more than one, shall be jointly and severally liable hereunder. The liability of one or more Guarantors shall not be conditioned on the signature, acts, or performance of another Guarantor. This agreement shall be binding on the Guarantor and the heirs and personal representatives of the Guarantor.

**11. Entire Agreement and Interpretation.** This agreement supersedes all prior oral or written understandings, constitutes the entire agreement between Guarantor and Specialized, and may not be changed or amended in any manner. Should any term or provision of this agreement be held illegal or unenforceable for any reason, the validity of the remaining portions shall not be affected thereby. The interpretation, validity and performance of this entire agreement shall be governed by the law of the State of California; however, Specialized may elect to enforce this Guaranty in any forum which it selects.

**IN WITNESS WHEREOF, Guarantor has executed this Guaranty**
this **5TH** day of **AUGUST**, 20 **08**

Owner _____, Individually
*SIGNATURE*

Co-Owner _____, Individually
*SIGNATURE*

WITNESS: _____ DATE: **8/5/08**

 

**Statement** 🖨️

**EXHIBIT B**


Specialized Bicycle Components, Inc.
15130 Concord Circle
95037-5493

**Bill To**
Peachtree Bikes
Wagaman Enterprises, Inc
4540 Roswell Rd
Atlanta, GA 30342

**Remit To**
Dept #33439
Po Box 39000
San Francisco, CA 94139-3439

| Inv. Nbr | Inv. Date | Status | Terms | Due Date | Days Late | Total Inv. | Fin Chg` | Disc Amt | Frt | Ded | Payment Amt | Current Due | PO Number | T |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3312234 | 08-OCT-20 | PstDue | US WARR EOM2 | 30-DEC-20 | 139 | 179.95 | 9.95 | .00 | .00 | | 179.95 | 179.95 | Claim Id 270275 | I |
| 5262586 | 27-JUN-19 | PstDue | US 04 PREPAY | 27-JUN-19 | 691 | 9,154.65 | 2248.91 | .00 | .00 | | 9,154.65 | 9,154.65 | 16538 | I |
| 5266229 | 02-JUL-19 | PstDue | US 04 PREPAY | 02-JUL-19 | 686 | 1,872.10 | 457.29 | .00 | .00 | | 1,872.10 | 1,872.10 | 16543 | I |
| 5266986 | 02-JUL-19 | PstDue | US 04 PREPAY | 02-JUL-19 | 686 | 15,637.06 | 3819.65 | .00 | .00 | | 15,637.06 | 15,637.06 | 16543 | I |
| 5266987 | 02-JUL-19 | PstDue | US 04 PREPAY | 02-JUL-19 | 686 | 2,720.42 | 664.51 | .00 | .00 | | 2,720.42 | 2,720.42 | 16545 | I |
| 5271069 | 08-JUL-19 | PstDue | US 04 PREPAY | 08-JUL-19 | 680 | 331.91 | 80.53 | .00 | .00 | | 331.91 | 331.91 | 16553 | I |
| 5271536 | 08-JUL-19 | PstDue | US 04 PREPAY | 08-JUL-19 | 680 | 4,394.82 | 1066.25 | .00 | .00 | | 4,394.82 | 4,394.82 | 16552 | I |
| 5271537 | 08-JUL-19 | PstDue | US 04 PREPAY | 08-JUL-19 | 680 | 2,415.03 | 585.94 | .00 | .00 | | 2,415.03 | 2,415.03 | 16553 | I |
| 5279705 | 16-JUL-19 | PstDue | US 04 PREPAY | 16-JUL-19 | 672 | 35.35 | 8.47 | .00 | .00 | | 35.35 | 35.35 | 16566 | I |
| 5280113 | 16-JUL-19 | PstDue | US 04 PREPAY | 16-JUL-19 | 672 | 1,043.47 | 250.86 | .00 | .00 | | 1,043.47 | 1,043.47 | 16566 | I |
| 5280114 | 16-JUL-19 | PstDue | US 04 PREPAY | 16-JUL-19 | 672 | 18,877.98 | 4537.9 | .00 | .00 | | 18,877.98 | 18,877.98 | 16568 | I |
| 5280922 | 17-JUL-19 | PstDue | US WARR EOM2 | 30-SEP-19 | 596 | 1,297.92 | 0 | .00 | .00 | | 1,297.92 | 1,297.92 | Claim Id 79502 | I |
| 5286405 | 23-JUL-19 | PstDue | US WARR EOM2 | 30-SEP-19 | 596 | 97.60 | 0 | .00 | .00 | | 97.60 | 97.60 | Claim Id 82012 | I |
| 5288415 | 24-JUL-19 | PstDue | US 04 PREPAY | 24-JUL-19 | 664 | 2,884.11 | 686.86 | .00 | .00 | | 2,884.11 | 2,884.11 | 16575 | I |
| 5288416 | 24-JUL-19 | PstDue | US 04 PREPAY | 24-JUL-19 | 664 | 312.90 | 74.55 | .00 | .00 | | 312.90 | 312.90 | 16576 | I |
| 5288659 | 24-JUL-19 | PstDue | US 04 PREPAY | 24-JUL-19 | 664 | 5,784.99 | 1377.66 | .00 | .00 | | 5,784.99 | 5,784.99 | 16575 | I |
| 5288660 | 24-JUL-19 | PstDue | US 04 PREPAY | 24-JUL-19 | 664 | 1,094.77 | 260.72 | .00 | .00 | | 1,094.77 | 1,094.77 | 16576 | I |
| 5292058 | 29-JUL-19 | PstDue | US 04 PREPAY | 29-JUL-19 | 659 | 644.73 | 152.6 | .00 | .00 | | 644.73 | 644.73 | 16583 | I |
| 5292059 | 29-JUL-19 | PstDue | US 04 PREPAY | 29-JUL-19 | 659 | 305.92 | 72.4 | .00 | .00 | | 305.92 | 305.92 | 16584 | I |
| 5292494 | 29-JUL-19 | PstDue | US 04 PREPAY | 29-JUL-19 | 659 | 7,932.29 | 1877.91 | .00 | .00 | | 7,932.29 | 7,932.29 | 16583 | I |
| 5292495 | 29-JUL-19 | PstDue | US 04 PREPAY | 29-JUL-19 | 659 | 2,592.65 | 613.77 | .00 | .00 | | 2,592.65 | 2,592.65 | 16584 | I |
| 5299326 | 05-AUG-19 | PstDue | US 04 PREPAY | 05-AUG-19 | 652 | 2,551.40 | 598.98 | .00 | .00 | | 2,551.40 | 2,551.40 | 16588 | I |
| 5299763 | 05-AUG-19 | PstDue | US 04 PREPAY | 05-AUG-19 | 652 | 10,091.58 | 2369.08 | .00 | .00 | | 10,091.58 | 10,091.58 | 16588 | I |
| 5302377 | 07-AUG-19 | PstDue | US 04 PREPAY | 07-AUG-19 | 650 | 86.00 | 20.18 | .00 | .00 | | 86.00 | 86.00 | 16594 | I |
| 5302667 | 07-AUG-19 | PstDue | US 04 PREPAY | 07-AUG-19 | 650 | 2,107.33 | 493.56 | .00 | .00 | | 2,107.33 | 2,107.33 | 16594 | I |
| 5307813 | 13-AUG-19 | PstDue | US 04 PREPAY | 13-AUG-19 | 644 | 2,701.00 | 627.97 | .00 | .00 | | 2,701.00 | 2,701.00 | 16604 | I |
| 5307814 | 13-AUG-19 | PstDue | US 04 PREPAY | 13-AUG-19 | 644 | 761.79 | 177.11 | .00 | .00 | | 761.79 | 761.79 | 16605 | I |
| 5308172 | 13-AUG-19 | PstDue | US 04 PREPAY | 13-AUG-19 | 644 | 3,196.27 | 743.1 | .00 | .00 | | 3,196.27 | 3,196.27 | 16604 | I |
| 5308173 | 13-AUG-19 | PstDue | US 04 PREPAY | 13-AUG-19 | 644 | 904.56 | 210.27 | .00 | .00 | | 904.56 | 904.56 | 16605 | I |
| 5310605 | 15-AUG-19 | PstDue | US 04 PREPAY | 15-AUG-19 | 642 | 3,099.83 | 718.83 | .00 | .00 | | 3,099.83 | 3,099.83 | 16615 | I |
| 5314508 | 20-AUG-19 | PstDue | US WARR EOM2 | 30-OCT-19 | 566 | 2,656.55 | 0 | .00 | .00 | | 2,656.55 | 2,656.55 | Claim Id 93889 | I |
| 5315048 | 20-AUG-19 | PstDue | US 04 PREPAY | 20-AUG-19 | 637 | 461.57 | 106.43 | .00 | .00 | | 461.57 | 461.57 | 16621 | I |
| 5315494 | 20-AUG-19 | PstDue | US 04 PREPAY | 20-AUG-19 | 637 | 5,412.71 | 1247.55 | .00 | .00 | | 5,412.71 | 5,412.71 | 16620 | I |
| 5315495 | 20-AUG-19 | PstDue | US 04 PREPAY | 20-AUG-19 | 637 | 895.11 | 206.3 | .00 | .00 | | 895.11 | 895.11 | 16621 | I |
| 5316667 | 21-AUG-19 | PstDue | US 04 PREPAY | 21-AUG-19 | 636 | 6,901.92 | 1588.84 | .00 | .00 | | 6,901.92 | 6,901.92 | 16607 | I |
| 5316953 | 21-AUG-19 | PstDue | US 04 PREPAY | 21-AUG-19 | 636 | 4,719.72 | 1086.46 | .00 | .00 | | 4,719.72 | 4,719.72 | 16607 | I |
| 5322551 | 27-AUG-19 | PstDue | US 04 PREPAY | 27-AUG-19 | 630 | 806.91 | 184.39 | .00 | .00 | | 806.91 | 806.91 | 16630 | I |
| 5322552 | 27-AUG-19 | PstDue | US 04 PREPAY | 27-AUG-19 | 630 | 374.95 | 85.68 | .00 | .00 | | 374.95 | 374.95 | 16633 | I |
| 5322966 | 27-AUG-19 | PstDue | US 04 PREPAY | 27-AUG-19 | 630 | 5,132.51 | 1185.47 | .00 | .00 | | 5,132.51 | 5,132.51 | 16630 | I |
| 5322967 | 27-AUG-19 | PstDue | US 04 PREPAY | 27-AUG-19 | 630 | 570.78 | 130.44 | .00 | .00 | | 570.78 | 570.78 | 16633 | I |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 5324340 | 28-AUG-19 | PstDue US 04 PREPAY | 28-AUG-19 | 629 | 84.14 | 19.14 | .00 | .00 | 84.14 | 84.14 | 16633 | I |
| 5329057 | 03-SEP-19 | PstDue US 04 PREPAY | 03-SEP-19 | 623 | 1,229.41 | 278.41 | .00 | .00 | 1,229.41 | 1,229.41 | 16640 | I |
| 5331466 | 04-SEP-19 | PstDue US 04 PREPAY | 04-SEP-19 | 622 | 6,623.46 | 1497.92 | .00 | .00 | 6,623.46 | 6,623.46 | 16640 | I |
| 5335099 | 09-SEP-19 | PstDue US 04 PREPAY | 09-SEP-19 | 617 | 752.46 | 169.09 | .00 | .00 | 752.46 | 752.46 | 16641 | I |
| 5335100 | 09-SEP-19 | PstDue US 04 PREPAY | 09-SEP-19 | 617 | 5,036.56 | 1131.72 | .00 | .00 | 5,036.56 | 5,036.56 | 16646 | I |
| 5335548 | 09-SEP-19 | PstDue US 04 PREPAY | 09-SEP-19 | 617 | 1,344.66 | 302.16 | .00 | .00 | 1,344.66 | 1,344.66 | 16630 | I |
| 5335549 | 09-SEP-19 | PstDue US 04 PREPAY | 09-SEP-19 | 617 | 2,058.65 | 462.6 | .00 | .00 | 2,058.65 | 2,058.65 | 16641 | I |
| 5335550 | 09-SEP-19 | PstDue US 04 PREPAY | 09-SEP-19 | 617 | 10,727.45 | 2410.53 | .00 | .00 | 10,727.45 | 10,727.45 | 16646 | I |
| 5336772 | 10-SEP-19 | PstDue US 04 PREPAY | 10-SEP-19 | 616 | 209.82 | 47.07 | .00 | .00 | 209.82 | 209.82 | 16651 | I |
| 5338663 | 11-SEP-19 | PstDue US 04 PREPAY | 11-SEP-19 | 615 | 2,860.05 | 641.05 | .00 | .00 | 2,860.05 | 2,860.05 | 16650 | I |
| 5338664 | 11-SEP-19 | PstDue US 04 PREPAY | 11-SEP-19 | 615 | 84.86 | 19.06 | .00 | .00 | 84.86 | 84.86 | 16651 | I |
| 5343252 | 17-SEP-19 | PstDue US BA 20 EOM1 | 30-OCT-19 | 566 | 2,319.59 | 486.12 | .00 | .00 | 2,319.59 | 2,319.59 | Bmw Team Bike Wes Parish | I |
| 5343546 | 17-SEP-19 | PstDue US 04 PREPAY | 17-SEP-19 | 609 | 31.97 | 7.08 | .00 | .00 | 31.97 | 31.97 | 16659 | I |
| 5343968 | 17-SEP-19 | PstDue US 04 PREPAY | 17-SEP-19 | 609 | 5,977.87 | 1329.36 | .00 | .00 | 5,977.87 | 5,977.87 | 16658 | I |
| 5343969 | 17-SEP-19 | PstDue US 04 PREPAY | 17-SEP-19 | 609 | 2,006.93 | 446.27 | .00 | .00 | 2,006.93 | 2,006.93 | 16659 | I |
| 5350457 | 24-SEP-19 | PstDue US 04 PREPAY | 24-SEP-19 | 602 | 1,021.47 | 225.09 | .00 | .00 | 1,021.47 | 1,021.47 | 16660 | I |
| 5350855 | 24-SEP-19 | PstDue US 04 PREPAY | 24-SEP-19 | 602 | 905.47 | 199.51 | .00 | .00 | 905.47 | 905.47 | 16674 | I |
| 5352687 | 25-SEP-19 | PstDue US 04 PREPAY | 25-SEP-19 | 601 | 5,292.58 | 1169.45 | .00 | .00 | 5,292.58 | 5,292.58 | 16660 | I |
| 5355385 | 27-SEP-19 | PstDue US 04 PREPAY | 27-SEP-19 | 599 | 89.13 | 19.53 | .00 | .00 | 89.13 | 89.13 | 16397 | I |
| 5355386 | 27-SEP-19 | PstDue US 04 PREPAY | 27-SEP-19 | 599 | 54.98 | 12.01 | .00 | .00 | 54.98 | 54.98 | 16422 | I |
| 5355387 | 27-SEP-19 | PstDue US 04 PREPAY | 27-SEP-19 | 599 | 27.49 | 6 | .00 | .00 | 27.49 | 27.49 | 16436 | I |
| 5355388 | 27-SEP-19 | PstDue US 04 PREPAY | 27-SEP-19 | 599 | 260.03 | 57.04 | .00 | .00 | 260.03 | 260.03 | 16449 | I |
| 5355389 | 27-SEP-19 | PstDue US 04 PREPAY | 27-SEP-19 | 599 | 231.72 | 50.85 | .00 | .00 | 231.72 | 231.72 | 16552 | I |
| 5355390 | 27-SEP-19 | PstDue US 04 PREPAY | 27-SEP-19 | 599 | 144.94 | 31.82 | .00 | .00 | 144.94 | 144.94 | 16605 | I |
| 5358263 | 30-SEP-19 | PstDue US 04 PREPAY | 30-SEP-19 | 596 | 509.52 | 111.33 | .00 | .00 | 509.52 | 509.52 | 16660 | I |
| 5358264 | 30-SEP-19 | PstDue US 04 PREPAY | 30-SEP-19 | 596 | 362.87 | 79.29 | .00 | .00 | 362.87 | 362.87 | 16674 | I |
| 5359673 | 01-OCT-19 | PstDue US 04 PREPAY | 01-OCT-19 | 595 | 1,005.46 | 219.45 | .00 | .00 | 1,005.46 | 1,005.46 | 16686 | I |
| 5359674 | 01-OCT-19 | PstDue US 04 PREPAY | 01-OCT-19 | 595 | 1,274.81 | 278.27 | .00 | .00 | 1,274.81 | 1,274.81 | 16687 | I |
| 5360866 | 02-OCT-19 | PstDue US 04 PREPAY | 02-OCT-19 | 594 | 37.28 | 8.13 | .00 | .00 | 37.28 | 37.28 | 16687 | I |
| 5364737 | 07-OCT-19 | PstDue US WARR EOM2 | 30-DEC-19 | 505 | 8,006.96 | 1526.96 | .00 | .00 | 8,006.96 | 8,006.96 | Claim | I |
| 5366645 | 08-OCT-19 | PstDue US 04 PREPAY | 08-OCT-19 | 588 | 361.30 | 78.12 | .00 | .00 | 361.30 | 361.30 | 16698 | I |
| 5366993 | 08-OCT-19 | PstDue US 04 PREPAY | 08-OCT-19 | 588 | 13,572.11 | 2934.02 | .00 | .00 | 13,572.11 | 13,572.11 | 16686 | I |
| 5366994 | 08-OCT-19 | PstDue US 04 PREPAY | 08-OCT-19 | 588 | 431.93 | 93.37 | .00 | .00 | 431.93 | 431.93 | 16698 | I |
| 5373867 | 15-OCT-19 | PstDue US 04 PREPAY | 15-OCT-19 | 581 | 2,153.73 | 461.1 | .00 | .00 | 2,153.73 | 2,153.73 | 16699 | I |
| 5373868 | 15-OCT-19 | PstDue US 04 PREPAY | 15-OCT-19 | 581 | 117.08 | 25.09 | .00 | .00 | 117.08 | 117.08 | 16700 | I |
| 5378599 | 21-OCT-19 | PstDue US 04 PREPAY | 21-OCT-19 | 575 | 4,158.91 | 882.91 | .00 | .00 | 4,158.91 | 4,158.91 | Fritz | I |
| 5378847 | 21-OCT-19 | PstDue US 04 PREPAY | 21-OCT-19 | 575 | 505.48 | 107.29 | .00 | .00 | 505.48 | 505.48 | 16709 | I |
| 5379346 | 21-OCT-19 | PstDue US 04 PREPAY | 21-OCT-19 | 575 | 6,176.69 | 1311.31 | .00 | .00 | 6,176.69 | 6,176.69 | 16709 | I |
| 5380446 | 22-OCT-19 | PstDue US 04 PREPAY | 22-OCT-19 | 574 | 213.05 | 45.2 | .00 | .00 | 213.05 | 213.05 | 16711 | I |
| 5381738 | 23-OCT-19 | PstDue US 04 PREPAY | 23-OCT-19 | 573 | 244.16 | 51.7 | .00 | .00 | 244.16 | 244.16 | 16709 | I |
| 5382347 | 23-OCT-19 | PstDue US 04 PREPAY | 23-OCT-19 | 573 | 20.40 | 4.3 | .00 | .00 | 20.40 | 20.40 | 16397 | I |
| 5382348 | 23-OCT-19 | PstDue US 04 PREPAY | 23-OCT-19 | 573 | 20.40 | 4.3 | .00 | .00 | 20.40 | 20.40 | 16436 | I |
| 5382349 | 23-OCT-19 | PstDue US 04 PREPAY | 23-OCT-19 | 573 | 300.00 | 63.52 | .00 | .00 | 300.00 | 300.00 | 16687 | I |
| 5382350 | 23-OCT-19 | PstDue US 04 PREPAY | 23-OCT-19 | 573 | 2,542.29 | 538.17 | .00 | .00 | 2,542.29 | 2,542.29 | 16711 | I |
| 5385767 | 28-OCT-19 | PstDue US 04 PREPAY | 28-OCT-19 | 568 | 53.33 | 11.18 | .00 | .00 | 53.33 | 53.33 | 16700 | I |
| 5386262 | 28-OCT-19 | PstDue US 04 PREPAY | 28-OCT-19 | 568 | 2,249.25 | 472.82 | .00 | .00 | 2,249.25 | 2,249.25 | 16725 | I |
| 5387807 | 29-OCT-19 | PstDue US 04 PREPAY | 29-OCT-19 | 567 | 8,013.95 | 1682.03 | .00 | .00 | 8,013.95 | 8,013.95 | 16712 | I |
| 5387808 | 29-OCT-19 | PstDue US 04 PREPAY | 29-OCT-19 | 567 | 963.65 | 202.24 | .00 | .00 | 963.65 | 963.65 | 16727 | I |
| 5393989 | 05-NOV-19 | PstDue US 04 PREPAY | 05-NOV-19 | 560 | 338.08 | 70.28 | .00 | .00 | 338.08 | 338.08 | 16730 | I |
| 5393990 | 05-NOV-19 | PstDue US 04 PREPAY | 05-NOV-19 | 560 | 454.23 | 94.38 | .00 | .00 | 454.23 | 454.23 | 16731 | I |
| 5394246 | 05-NOV-19 | PstDue US 04 PREPAY | 05-NOV-19 | 560 | 4,417.54 | 917.86 | .00 | .00 | 4,417.54 | 4,417.54 | 16730 | I |
| 5394247 | 05-NOV-19 | PstDue US 04 PREPAY | 05-NOV-19 | 560 | 1,010.80 | 209.98 | .00 | .00 | 1,010.80 | 1,010.80 | 16731 | I |
| 5404092 | 18-NOV-19 | PstDue US 04 PREPAY | 18-NOV-19 | 547 | 32.12 | 6.51 | .00 | .00 | 32.12 | 32.12 | 16737 | I |
| 5404518 | 18-NOV-19 | PstDue US 04 PREPAY | 18-NOV-19 | 547 | 184.65 | 37.65 | .00 | .00 | 184.65 | 184.65 | 16737 | I |
| 5404519 | 18-NOV-19 | PstDue US 04 PREPAY | 18-NOV-19 | 547 | 4,933.47 | 1005.45 | .00 | .00 | 4,933.47 | 4,933.47 | 16741 | I |
| 5407383 | 21-NOV-19 | PstDue US 04 PREPAY | 21-NOV-19 | 544 | 1,072.54 | 217.56 | .00 | .00 | 1,072.54 | 1,072.54 | Anton | I |
| 5417437 | 03-DEC-19 | PstDue US 04 PREPAY | 03-DEC-19 | 532 | 49.34 | 9.79 | .00 | .00 | 49.34 | 49.34 | 16756 | I |
| 5417722 | 03-DEC-19 | PstDue US 04 PREPAY | 03-DEC-19 | 532 | 1,351.80 | 269.24 | .00 | .00 | 1,351.80 | 1,351.80 | 16756 | I |
| 5422403 | 09-DEC-19 | PstDue US 04 PREPAY | 09-DEC-19 | 526 | 2,695.28 | 531.8 | .00 | .00 | 2,695.28 | 2,695.28 | 16738 | I |
| 5425180 | 11-DEC-19 | PstDue US 04 PREPAY | 11-DEC-19 | 524 | 239.59 | 47.13 | .00 | .00 | 239.59 | 239.59 | 16742 | I |

| | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5425417 | 11-DEC-19 | PstDue | US | 04 | PREPAY | 11-DEC-19 | 524 | 4,779.93 | 940.16 | .00 | .00 | 4,779.93 | 4,779.93 | 16742 | I |
| 5428880 | 16-DEC-19 | PstDue | US | 04 | PREPAY | 16-DEC-19 | 519 | 974.88 | 190.22 | .00 | .00 | 974.88 | 974.88 | 16780 | I |
| 5429304 | 16-DEC-19 | PstDue | US | 04 | PREPAY | 16-DEC-19 | 519 | 12,735.68 | 2484.96 | .00 | .00 | 12,735.68 | 12,735.68 | 16780 | I |
| 5431959 | 18-DEC-19 | PstDue | US | 04 | PREPAY | 18-DEC-19 | 517 | 386.44 | 75.18 | .00 | .00 | 386.44 | 386.44 | 16658 | I |
| 5432210 | 18-DEC-19 | PstDue | US | 04 | PREPAY | 18-DEC-19 | 517 | 4,766.91 | 927.15 | .00 | .00 | 4,766.91 | 4,766.91 | 16788 | I |
| 5434674 | 23-DEC-19 | PstDue | US | 04 | PREPAY | 23-DEC-19 | 512 | 8,965.65 | 1729.65 | .00 | .00 | 8,965.65 | 8,965.65 | S-Works Diverge | I |
| 5440225 | 31-DEC-19 | PstDue | US | 04 | PREPAY | 31-DEC-19 | 504 | 324.78 | 61.81 | .00 | .00 | 324.78 | 324.78 | 16783 | I |
| 5440493 | 31-DEC-19 | PstDue | US | 04 | PREPAY | 31-DEC-19 | 504 | 848.13 | 161.49 | .00 | .00 | 848.13 | 848.13 | 16783 | I |
| 5440494 | 31-DEC-19 | PstDue | US | 04 | PREPAY | 31-DEC-19 | 504 | 9,953.19 | 1894.94 | .00 | .00 | 9,953.19 | 9,953.19 | 16795 | I |
| 5441349 | 02-JAN-20 | PstDue | US | 04 | PREPAY | 02-JAN-20 | 502 | 467.37 | 88.69 | .00 | .00 | 467.37 | 467.37 | Click And Collect Invoice | I |
| 5444274 | 06-JAN-20 | PstDue | US | 04 | PREPAY | 06-JAN-20 | 498 | 4,874.18 | 918.68 | .00 | .00 | 4,874.18 | 4,874.18 | 16805 | I |
| 5445114 | 07-JAN-20 | PstDue | US | 04 | PREPAY | 07-JAN-20 | 497 | 119.94 | 22.55 | .00 | .00 | 119.94 | 119.94 | 16806 | I |
| 5445349 | 07-JAN-20 | PstDue | US | 04 | PREPAY | 07-JAN-20 | 497 | 590.49 | 111.11 | .00 | .00 | 590.49 | 590.49 | 16806 | I |
| 5449706 | 13-JAN-20 | PstDue | US | 04 | PREPAY | 13-JAN-20 | 491 | 3,411.72 | 638.19 | .00 | .00 | 3,411.72 | 3,411.72 | 16815 | I |
| 5450478 | 14-JAN-20 | PstDue | US | 04 | PREPAY | 14-JAN-20 | 490 | 119.61 | 22.22 | .00 | .00 | 119.61 | 119.61 | 16816 | I |
| 5450689 | 14-JAN-20 | PstDue | US | 04 | PREPAY | 14-JAN-20 | 490 | 752.79 | 139.96 | .00 | .00 | 752.79 | 752.79 | 16816 | I |

| Total Invoice | Total Fin Chg | Total Discount | Total Frt. Deduct | Total Payment | Total Current |
|---|---|---|---|---|---|
| $306,564.55 | $66,662.94 | $0.00 | $0.00 | $306,564.55 | $306,564.55 |

# EXHIBIT C



**LEWIS BRISBOIS**

LEWIS BRISBOIS BISGAARD & SMITH LLP

Adi Allushi
1180 Peachtree Street NE, Suite 2900
Atlanta, Georgia 30309
Adi.Allushi@lewisbrisbois.com
Direct: 404.991.2173

May 26, 2021

File No. New

## VIA CERTIFIED MAIL- RRR

Mike R. Wagaman
Elexa Wagaman
Wagaman Enterprises, Inc.
272 Farm Road SE,
Marietta, Georgia 30067

Re:   _Personally guaranteed debt to Specialized Bicycle Components, Inc. of $306,564_

Dear Mr. Wagaman and Ms. Wagaman:

This firm represents Specialized Bicycle Components, Inc. ("Specialized") with respect to the above referenced debt.  Please direct all further communications to me.  I am writing in a final pre-lawsuit attempt to collect this debt.

Wagaman Enterprises, Inc. dba Peachtree Bikes ("Peachtree") purchased bicycles and cycling equipment ("Product") on credit from Specialized while it was operating Peachtree Bikes.  Product was purchased pursuant to a Dealer Agreement dated August 9, 2012, requiring Peachtree to pay Specialized for the Product it purchased.  Peachtree sold the Product to its customers, but did not pay Specialized.  You promised to pay Specialized in full when you sold Peachtree to a new operator.  You sold Peachtree, but did not pay Specialized.  A statement showing the amount owed of $306,564 is attached to this letter.

Each of you personally guaranteed Peachtree's debts to Specialized.  There are personal guaranties dated March 23, 2006, August 5, 2008 and October 28, 2008 (each a "Guaranty").  Each Guaranty requires you to pay Peachtree's debts to Specialized.  The Guaranty is unconditional and entitles Specialized to an award of its collection costs, including attorney's fees, against each of you jointly and severally.

If the full amount due of $306,564 is not paid within ten (10) days of the date of this letter, Specialized will pursue all available rights and remedies against Peachtree and each

ARIZONA · CALIFORNIA · COLORADO · CONNECTICUT · DELAWARE · FLORIDA · GEORGIA · ILLINOIS · INDIANA · KANSAS · KENTUCKY · LOUISIANA

MARYLAND · MASSACHUSETTS · MINNESOTA · MISSOURI · NEVADA · NEW JERSEY · NEW MEXICO · NEW YORK · NORTH CAROLINA

4837-3799-2939.1

Wagaman Enterprises Inc.
d/b/a Peachtree Bikes
May 26, 2021
Page 2


of you personally, including filing a lawsuit in state or federal court. This letter is not
intended as a complete list of all of Specialized's rights under the Dealer Agreement, the
Guaranties or any other contract. Specialized reserves all rights.

    I look forward to prompt resolution of this matter,


                Adi Allushi for
                LEWIS BRISBOIS BISGAARD & SMITH LLP

AA:hw
Attachment
cc:    Specialized Bicycle Components Inc.
       Peter K

5/18/2021  Specialized - Print Statement

# Statement



Specialized Bicycle Components, Inc.
15130 Concord Circle
95037-5493

**Bill To**
Peachtree Bikes
Wagaman Enterprises, Inc
4540 Roswell Rd
Atlanta, GA  30342

**Remit To**
Dept #33439
Po Box 39000
San Francisco, CA  94139-3439

| Inv. Nbr | Inv. Date | Status | Terms | Due Date | Days Late | Total Inv. | Fin Chg | Disc Amt | Frt Ded | Payment Amt | Current Due | PO Number | T |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3312234 | 08-OCT-20 | PstDue | US WARR EOM2 | 30-DEC-20 | 139 | 179.95 | 9.95 | .00 | .00 | 179.95 | 179.95 | Claim Id 270275 | |
| 5262586 | 27-JUN-19 | PstDue | US 04 PREPAY | 27-JUN-19 | 691 | 9,154.65 | 2248.91 | .00 | .00 | 9,154.65 | 9,154.65 | 16538 | |
| 5266229 | 02-JUL-19 | PstDue | US 04 PREPAY | 02-JUL-19 | 686 | 1,872.10 | 457.29 | .00 | .00 | 1,872.10 | 1,872.10 | 16543 | |
| 5266986 | 02-JUL-19 | PstDue | US 04 PREPAY | 02-JUL-19 | 686 | 15,637.06 | 3819.65 | .00 | .00 | 15,637.06 | 15,637.06 | 16543 | |
| 5266987 | 02-JUL-19 | PstDue | US 04 PREPAY | 02-JUL-19 | 686 | 2,720.42 | 664.51 | .00 | .00 | 2,720.42 | 2,720.42 | 16545 | |
| 5271069 | 08-JUL-19 | PstDue | US 04 PREPAY | 08-JUL-19 | 680 | 331.91 | 80.53 | .00 | .00 | 331.91 | 331.91 | 16553 | |
| 5271536 | 08-JUL-19 | PstDue | US 04 PREPAY | 08-JUL-19 | 680 | 4,394.82 | 1066.25 | .00 | .00 | 4,394.82 | 4,394.82 | 16552 | |
| 5271537 | 08-JUL-19 | PstDue | US 04 PREPAY | 08-JUL-19 | 680 | 2,415.03 | 585.94 | .00 | .00 | 2,415.03 | 2,415.03 | 16553 | |
| 5279705 | 16-JUL-19 | PstDue | US 04 PREPAY | 16-JUL-19 | 672 | 35.35 | 8.47 | .00 | .00 | 35.35 | 35.35 | 16566 | |
| 5280113 | 16-JUL-19 | PstDue | US 04 PREPAY | 16-JUL-19 | 672 | 1,043.47 | 250.86 | .00 | .00 | 1,043.47 | 1,043.47 | 16566 | |
| 5280114 | 16-JUL-19 | PstDue | US 04 PREPAY | 16-JUL-19 | 672 | 18,877.98 | 4537.9 | .00 | .00 | 18,877.98 | 18,877.98 | 16566 | |
| 5280922 | 17-JUL-19 | PstDue | US WARR EOM2 | 30-SEP-19 | 596 | 1,297.92 | 0 | .00 | .00 | 1,297.92 | 1,297.92 | Claim Id 79502 | |
| 5286405 | 23-JUL-19 | PstDue | US WARR EOM2 | 30-SEP-19 | 596 | 97.60 | 0 | .00 | .00 | 97.60 | 97.60 | Claim Id 82012 | |
| 5288415 | 24-JUL-19 | PstDue | US 04 PREPAY | 24-JUL-19 | 664 | 2,884.11 | 686.86 | .00 | .00 | 2,884.11 | 2,884.11 | 16575 | |
| 5288416 | 24-JUL-19 | PstDue | US 04 PREPAY | 24-JUL-19 | 664 | 312.90 | 74.55 | .00 | .00 | 312.90 | 312.90 | 16576 | |
| 5288659 | 24-JUL-19 | PstDue | US 04 PREPAY | 24-JUL-19 | 664 | 5,784.99 | 1377.66 | .00 | .00 | 5,784.99 | 5,784.99 | 16575 | |
| 5288660 | 24-JUL-19 | PstDue | US 04 PREPAY | 24-JUL-19 | 664 | 1,094.77 | 260.72 | .00 | .00 | 1,094.77 | 1,094.77 | 16576 | |
| 5292058 | 29-JUL-19 | PstDue | US 04 PREPAY | 29-JUL-19 | 659 | 644.73 | 152.6 | .00 | .00 | 644.73 | 644.73 | 16583 | |
| 5292059 | 29-JUL-19 | PstDue | US 04 PREPAY | 29-JUL-19 | 659 | 305.92 | 72.4 | .00 | .00 | 305.92 | 305.92 | 16584 | |
| 5292494 | 29-JUL-19 | PstDue | US 04 PREPAY | 29-JUL-19 | 659 | 7,932.29 | 1877.91 | .00 | .00 | 7,932.29 | 7,932.29 | 16583 | |
| 5292495 | 29-JUL-19 | PstDue | US 04 PREPAY | 29-JUL-19 | 659 | 2,592.65 | 613.77 | .00 | .00 | 2,592.65 | 2,592.65 | 16584 | |
| 5299326 | 05-AUG-19 | PstDue | US 04 PREPAY | 05-AUG-19 | 652 | 2,551.40 | 598.98 | .00 | .00 | 2,551.40 | 2,551.40 | 16588 | |
| 5299763 | 05-AUG-19 | PstDue | US 04 PREPAY | 05-AUG-19 | 652 | 10,091.58 | 2369.08 | .00 | .00 | 10,091.58 | 10,091.58 | 16588 | |
| 5302377 | 07-AUG-19 | PstDue | US 04 PREPAY | 07-AUG-19 | 650 | 86.00 | 20.18 | .00 | .00 | 86.00 | 86.00 | 16594 | |
| 5302687 | 07-AUG-19 | PstDue | US 04 PREPAY | 07-AUG-19 | 650 | 2,107.33 | 493.56 | .00 | .00 | 2,107.33 | 2,107.33 | 16594 | |
| 5307813 | 13-AUG-19 | PstDue | US 04 PREPAY | 13-AUG-19 | 644 | 2,701.01 | 627.97 | .00 | .00 | 2,701.01 | 2,701.01 | 16604 | |
| 5307814 | 13-AUG-19 | PstDue | US 04 PREPAY | 13-AUG-19 | 644 | 761.79 | 177.11 | .00 | .00 | 761.79 | 761.79 | 16605 | |
| 5308172 | 13-AUG-19 | PstDue | US 04 PREPAY | 13-AUG-19 | 644 | 3,196.27 | 743.1 | .00 | .00 | 3,196.27 | 3,196.27 | 16604 | |
| 5308173 | 13-AUG-19 | PstDue | US 04 PREPAY | 13-AUG-19 | 644 | 904.56 | 210.27 | .00 | .00 | 904.56 | 904.56 | 16605 | |
| 5310605 | 15-AUG-19 | PstDue | US 04 PREPAY | 15-AUG-19 | 642 | 3,099.83 | 718.83 | .00 | .00 | 3,099.83 | 3,099.83 | 16615 | |
| 5314508 | 20-AUG-19 | PstDue | US WARR EOM2 | 30-OCT-19 | 566 | 2,656.55 | 0 | .00 | .00 | 2,656.55 | 2,656.55 | Claim Id 93889 | |
| 5315048 | 20-AUG-19 | PstDue | US 04 PREPAY | 20-AUG-19 | 637 | 461.57 | 106.43 | .00 | .00 | 461.57 | 461.57 | 16621 | |
| 5315494 | 20-AUG-19 | PstDue | US 04 PREPAY | 20-AUG-19 | 637 | 5,412.71 | 1247.55 | .00 | .00 | 5,412.71 | 5,412.71 | 16620 | |
| 5315495 | 20-AUG-19 | PstDue | US 04 PREPAY | 20-AUG-19 | 637 | 895.11 | 206.3 | .00 | .00 | 895.11 | 895.11 | 16621 | |
| 5316667 | 21-AUG-19 | PstDue | US 04 PREPAY | 21-AUG-19 | 636 | 6,901.92 | 1588.84 | .00 | .00 | 6,901.92 | 6,901.92 | 16607 | |
| 5316953 | 21-AUG-19 | PstDue | US 04 PREPAY | 21-AUG-19 | 636 | 4,719.72 | 1086.46 | .00 | .00 | 4,719.72 | 4,719.72 | 16607 | |
| 5322551 | 27-AUG-19 | PstDue | US 04 PREPAY | 27-AUG-19 | 630 | 806.91 | 184.39 | .00 | .00 | 806.91 | 806.91 | 16630 | |
| 5322552 | 27-AUG-19 | PstDue | US 04 PREPAY | 27-AUG-19 | 630 | 374.95 | 85.68 | .00 | .00 | 374.95 | 374.95 | 16633 | |
| 5322966 | 27-AUG-19 | PstDue | US 04 PREPAY | 27-AUG-19 | 630 | 5,132.51 | 1185.47 | .00 | .00 | 5,132.51 | 5,132.51 | 16630 | |
| 5322967 | 27-AUG-19 | PstDue | US 04 PREPAY | 27-AUG-19 | 630 | 570.78 | 130.44 | .00 | .00 | 570.78 | 570.78 | 16633 | |

5/18/2021                                          Specialized - Print Statement

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 5324340 | 28-AUG-19 | PstDue US 04 PREPAY | 28-AUG-19 | 629 | 84.14 | 19.14 | .00 | .00 | 84.14 | 84.14 | 16633 |
| 5329057 | 03-SEP-19 | PstDue US 04 PREPAY | 03-SEP-19 | 623 | 1,229.41 | 278.41 | .00 | .00 | 1,229.41 | 1,229.41 | 16640 |
| 5331466 | 04-SEP-19 | PstDue US 04 PREPAY | 04-SEP-19 | 622 | 6,623.46 | 1497.92 | .00 | .00 | 6,623.46 | 6,623.46 | 16640 |
| 5335099 | 09-SEP-19 | PstDue US 04 PREPAY | 09-SEP-19 | 617 | 752.46 | 169.09 | .00 | .00 | 752.46 | 752.46 | 16641 |
| 5335100 | 09-SEP-19 | PstDue US 04 PREPAY | 09-SEP-19 | 617 | 5,036.56 | 1131.72 | .00 | .00 | 5,036.56 | 5,036.56 | 16646 |
| 5335548 | 09-SEP-19 | PstDue US 04 PREPAY | 09-SEP-19 | 617 | 1,344.66 | 302.16 | .00 | .00 | 1,344.66 | 1,344.66 | 16630 |
| 5335549 | 09-SEP-19 | PstDue US 04 PREPAY | 09-SEP-19 | 617 | 2,058.65 | 462.6 | .00 | .00 | 2,058.65 | 2,058.65 | 16641 |
| 5335550 | 09-SEP-19 | PstDue US 04 PREPAY | 09-SEP-19 | 617 | 10,727.45 | 2410.53 | .00 | .00 | 10,727.45 | 10,727.45 | 16646 |
| 5336772 | 10-SEP-19 | PstDue US 04 PREPAY | 10-SEP-19 | 616 | 209.82 | 47.07 | .00 | .00 | 209.82 | 209.82 | 16651 |
| 5338663 | 11-SEP-19 | PstDue US 04 PREPAY | 11-SEP-19 | 615 | 2,860.05 | 641.05 | .00 | .00 | 2,860.05 | 2,860.05 | 16650 |
| 5338664 | 11-SEP-19 | PstDue US 04 PREPAY | 11-SEP-19 | 615 | 84.86 | 19.06 | .00 | .00 | 84.86 | 84.86 | 16651 |
| 5343252 | 17-SEP-19 | PstDue US BA 20 EOM1 | 30-OCT-19 | 566 | 2,319.59 | 486.12 | .00 | .00 | 2,319.59 | 2,319.59 | Bmw Team Bike Wes Parish |
| 5343546 | 17-SEP-19 | PstDue US 04 PREPAY | 17-SEP-19 | 609 | 31.97 | 7.08 | .00 | .00 | 31.97 | 31.97 | 16659 |
| 5343968 | 17-SEP-19 | PstDue US 04 PREPAY | 17-SEP-19 | 609 | 5,977.87 | 1329.36 | .00 | .00 | 5,977.87 | 5,977.87 | 16658 |
| 5343969 | 17-SEP-19 | PstDue US 04 PREPAY | 17-SEP-19 | 609 | 2,006.93 | 446.27 | .00 | .00 | 2,006.93 | 2,006.93 | 16659 |
| 5350457 | 24-SEP-19 | PstDue US 04 PREPAY | 24-SEP-19 | 602 | 1,021.47 | 225.09 | .00 | .00 | 1,021.47 | 1,021.47 | 16660 |
| 5350855 | 24-SEP-19 | PstDue US 04 PREPAY | 24-SEP-19 | 602 | 905.47 | 199.51 | .00 | .00 | 905.47 | 905.47 | 16674 |
| 5352687 | 25-SEP-19 | PstDue US 04 PREPAY | 25-SEP-19 | 601 | 5,292.58 | 1169.45 | .00 | .00 | 5,292.58 | 5,292.58 | 16660 |
| 5355385 | 27-SEP-19 | PstDue US 04 PREPAY | 27-SEP-19 | 599 | 89.13 | 19.53 | .00 | .00 | 89.13 | 89.13 | 16397 |
| 5355386 | 27-SEP-19 | PstDue US 04 PREPAY | 27-SEP-19 | 599 | 54.98 | 12.01 | .00 | .00 | 54.98 | 54.98 | 16422 |
| 5355387 | 27-SEP-19 | PstDue US 04 PREPAY | 27-SEP-19 | 599 | 27.49 | 6 | .00 | .00 | 27.49 | 27.49 | 16436 |
| 5355388 | 27-SEP-19 | PstDue US 04 PREPAY | 27-SEP-19 | 599 | 260.03 | 57.04 | .00 | .00 | 260.03 | 260.03 | 16449 |
| 5355389 | 27-SEP-19 | PstDue US 04 PREPAY | 27-SEP-19 | 599 | 231.72 | 50.85 | .00 | .00 | 231.72 | 231.72 | 16552 |
| 5355390 | 27-SEP-19 | PstDue US 04 PREPAY | 27-SEP-19 | 599 | 144.94 | 31.82 | .00 | .00 | 144.94 | 144.94 | 16605 |
| 5358263 | 30-SEP-19 | PstDue US 04 PREPAY | 30-SEP-19 | 596 | 509.52 | 111.33 | .00 | .00 | 509.52 | 509.52 | 16660 |
| 5358264 | 30-SEP-19 | PstDue US 04 PREPAY | 30-SEP-19 | 596 | 362.87 | 79.29 | .00 | .00 | 362.87 | 362.87 | 16674 |
| 5359673 | 01-OCT-19 | PstDue US 04 PREPAY | 01-OCT-19 | 595 | 1,005.46 | 219.45 | .00 | .00 | 1,005.46 | 1,005.46 | 16686 |
| 5359674 | 01-OCT-19 | PstDue US 04 PREPAY | 01-OCT-19 | 595 | 1,274.81 | 278.27 | .00 | .00 | 1,274.81 | 1,274.81 | 16687 |
| 5360866 | 02-OCT-19 | PstDue US 04 PREPAY | 02-OCT-19 | 594 | 37.28 | 8.13 | .00 | .00 | 37.28 | 37.28 | 16687 |
| 5364737 | 07-OCT-19 | PstDue US WARR EOM2 | 30-DEC-19 | 505 | 8,006.96 | 1526.96 | .00 | .00 | 8,006.96 | 8,006.96 | Claim |
| 5366645 | 08-OCT-19 | PstDue US 04 PREPAY | 08-OCT-19 | 588 | 361.30 | 78.12 | .00 | .00 | 361.30 | 361.30 | 16698 |
| 5366993 | 08-OCT-19 | PstDue US 04 PREPAY | 08-OCT-19 | 588 | 13,572.11 | 2934.02 | .00 | .00 | 13,572.11 | 13,572.11 | 16686 |
| 5366994 | 08-OCT-19 | PstDue US 04 PREPAY | 08-OCT-19 | 588 | 431.93 | 93.37 | .00 | .00 | 431.93 | 431.93 | 16698 |
| 5373867 | 15-OCT-19 | PstDue US 04 PREPAY | 15-OCT-19 | 581 | 2,153.73 | 461.1 | .00 | .00 | 2,153.73 | 2,153.73 | 16699 |
| 5373868 | 15-OCT-19 | PstDue US 04 PREPAY | 15-OCT-19 | 581 | 117.08 | 25.09 | .00 | .00 | 117.08 | 117.08 | 16700 |
| 5378599 | 21-OCT-19 | PstDue US 04 PREPAY | 21-OCT-19 | 575 | 4,158.91 | 882.91 | .00 | .00 | 4,158.91 | 4,158.91 | Fritz |
| 5378847 | 21-OCT-19 | PstDue US 04 PREPAY | 21-OCT-19 | 575 | 505.48 | 107.29 | .00 | .00 | 505.48 | 505.48 | 16709 |
| 5379346 | 21-OCT-19 | PstDue US 04 PREPAY | 21-OCT-19 | 575 | 6,176.69 | 1311.31 | .00 | .00 | 6,176.69 | 6,176.69 | 16709 |
| 5380446 | 22-OCT-19 | PstDue US 04 PREPAY | 22-OCT-19 | 574 | 213.05 | 45.2 | .00 | .00 | 213.05 | 213.05 | 16711 |
| 5381738 | 23-OCT-19 | PstDue US 04 PREPAY | 23-OCT-19 | 573 | 244.16 | 51.7 | .00 | .00 | 244.16 | 244.16 | 16709 |
| 5382347 | 23-OCT-19 | PstDue US 04 PREPAY | 23-OCT-19 | 573 | 20.40 | 4.3 | .00 | .00 | 20.40 | 20.40 | 16397 |
| 5382348 | 23-OCT-19 | PstDue US 04 PREPAY | 23-OCT-19 | 573 | 20.40 | 4.3 | .00 | .00 | 20.40 | 20.40 | 16436 |
| 5382349 | 23-OCT-19 | PstDue US 04 PREPAY | 23-OCT-19 | 573 | 300.00 | 63.52 | .00 | .00 | 300.00 | 300.00 | 16687 |
| 5382350 | 23-OCT-19 | PstDue US 04 PREPAY | 23-OCT-19 | 573 | 2,542.29 | 538.17 | .00 | .00 | 2,542.29 | 2,542.29 | 16711 |
| 5385767 | 28-OCT-19 | PstDue US 04 PREPAY | 28-OCT-19 | 568 | 53.33 | 11.18 | .00 | .00 | 53.33 | 53.33 | 16700 |
| 5386262 | 28-OCT-19 | PstDue US 04 PREPAY | 28-OCT-19 | 568 | 2,249.25 | 472.82 | .00 | .00 | 2,249.25 | 2,249.25 | 16725 |
| 5387807 | 29-OCT-19 | PstDue US 04 PREPAY | 29-OCT-19 | 567 | 8,013.95 | 1682.03 | .00 | .00 | 8,013.95 | 8,013.95 | 16712 |
| 5387808 | 29-OCT-19 | PstDue US 04 PREPAY | 29-OCT-19 | 567 | 963.65 | 202.24 | .00 | .00 | 963.65 | 963.65 | 16727 |
| 5393989 | 05-NOV-19 | PstDue US 04 PREPAY | 05-NOV-19 | 560 | 338.06 | 70.28 | .00 | .00 | 338.06 | 338.06 | 16730 |
| 5393990 | 05-NOV-19 | PstDue US 04 PREPAY | 05-NOV-19 | 560 | 454.23 | 94.38 | .00 | .00 | 454.23 | 454.23 | 16731 |
| 5394246 | 05-NOV-19 | PstDue US 04 PREPAY | 05-NOV-19 | 560 | 4,417.54 | 917.86 | .00 | .00 | 4,417.54 | 4,417.54 | 16730 |
| 5394247 | 05-NOV-19 | PstDue US 04 PREPAY | 05-NOV-19 | 560 | 1,010.80 | 209.98 | .00 | .00 | 1,010.80 | 1,010.80 | 16731 |
| 5404092 | 18-NOV-19 | PstDue US 04 PREPAY | 18-NOV-19 | 547 | 32.12 | 6.51 | .00 | .00 | 32.12 | 32.12 | 16737 |
| 5404518 | 18-NOV-19 | PstDue US 04 PREPAY | 18-NOV-19 | 547 | 184.65 | 37.65 | .00 | .00 | 184.65 | 184.65 | 16737 |
| 5404519 | 18-NOV-19 | PstDue US 04 PREPAY | 18-NOV-19 | 547 | 4,933.47 | 1005.45 | .00 | .00 | 4,933.47 | 4,933.47 | 16741 |
| 5407383 | 21-NOV-19 | PstDue US 04 PREPAY | 21-NOV-19 | 544 | 1,072.54 | 217.56 | .00 | .00 | 1,072.54 | 1,072.54 | Anton |
| 5417437 | 03-DEC-19 | PstDue US 04 PREPAY | 03-DEC-19 | 532 | 49.34 | 9.79 | .00 | .00 | 49.34 | 49.34 | 16756 |
| 5417722 | 03-DEC-19 | PstDue US 04 PREPAY | 03-DEC-19 | 532 | 1,351.80 | 269.24 | .00 | .00 | 1,351.80 | 1,351.80 | 16756 |
| 5422403 | 09-DEC-19 | PstDue US 04 PREPAY | 09-DEC-19 | 526 | 2,695.28 | 531.8 | .00 | .00 | 2,695.28 | 2,695.28 | 16738 |
| 5425180 | 11-DEC-19 | PstDue US 04 PREPAY | 11-DEC-19 | 524 | 239.59 | 47.13 | .00 | .00 | 239.59 | 239.59 | 16742 |

5/18/2021                                          Specialized - Print Statement

| Invoice | Date | Status | | | Date | | Invoice | Fin Chg | Discount | Frt. Deduct | Payment | Current | Ref | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5425417 | 11-DEC-19 | PstDue | US | 04 PREPAY | 11-DEC-19 | 524 | 4,779.93 | 940.16 | .00 | .00 | 4,779.93 | 4,779.93 | 16742 | I |
| 5428880 | 16-DEC-19 | PstDue | US | 04 PREPAY | 16-DEC-19 | 519 | 974.88 | 190.22 | .00 | .00 | 974.88 | 974.88 | 16780 | I |
| 5429304 | 16-DEC-19 | PstDue | US | 04 PREPAY | 16-DEC-19 | 519 | 12,735.68 | 2484.96 | .00 | .00 | 12,735.68 | 12,735.68 | 16780 | I |
| 5431959 | 18-DEC-19 | PstDue | US | 04 PREPAY | 18-DEC-19 | 517 | 386.44 | 75.18 | .00 | .00 | 386.44 | 386.44 | 16658 | I |
| 5432210 | 18-DEC-19 | PstDue | US | 04 PREPAY | 18-DEC-19 | 517 | 4,766.91 | 927.15 | .00 | .00 | 4,766.91 | 4,766.91 | 16788 | I |
| 5434674 | 23-DEC-19 | PstDue | US | 04 PREPAY | 23-DEC-19 | 512 | 8,965.65 | 1729.65 | .00 | .00 | 8,965.65 | 8,965.65 | S-Works Diverge | |
| 5440225 | 31-DEC-19 | PstDue | US | 04 PREPAY | 31-DEC-19 | 504 | 324.78 | 61.61 | .00 | .00 | 324.78 | 324.78 | 16783 | |
| 5440493 | 31-DEC-19 | PstDue | US | 04 PREPAY | 31-DEC-19 | 504 | 848.13 | 161.49 | .00 | .00 | 848.13 | 848.13 | 16783 | |
| 5440494 | 31-DEC-19 | PstDue | US | 04 PREPAY | 31-DEC-19 | 504 | 9,953.19 | 1894.94 | .00 | .00 | 9,953.19 | 9,953.19 | 16783 | |
| 5441349 | 02-JAN-20 | PstDue | US | 04 PREPAY | 02-JAN-20 | 502 | 467.37 | 88.69 | .00 | .00 | 467.37 | 467.37 | Click And Collect Invoice | |
| 5444274 | 06-JAN-20 | PstDue | US | 04 PREPAY | 06-JAN-20 | 498 | 4,874.18 | 918.68 | .00 | .00 | 4,874.18 | 4,874.18 | 16805 | |
| 5445114 | 07-JAN-20 | PstDue | US | 04 PREPAY | 07-JAN-20 | 497 | 119.94 | 22.55 | .00 | .00 | 119.94 | 119.94 | 16806 | |
| 5445349 | 07-JAN-20 | PstDue | US | 04 PREPAY | 07-JAN-20 | 497 | 590.49 | 111.11 | .00 | .00 | 590.49 | 590.49 | 16806 | |
| 5449706 | 13-JAN-20 | PstDue | US | 04 PREPAY | 13-JAN-20 | 491 | 3,411.72 | 638.19 | .00 | .00 | 3,411.72 | 3,411.72 | 16815 | |
| 5450478 | 14-JAN-20 | PstDue | US | 04 PREPAY | 14-JAN-20 | 490 | 119.61 | 22.22 | .00 | .00 | 119.61 | 119.61 | 16816 | |
| 5450689 | 14-JAN-20 | PstDue | US | 04 PREPAY | 14-JAN-20 | 490 | 752.79 | 139.96 | .00 | .00 | 752.79 | 752.79 | 16816 | |

|  | Total Invoice | Total Fin Chg | Total Discount | Total Frt. Deduct | Total Payment | Total Current |
|---|---|---|---|---|---|---|
|  | $306,564.55 | $66,662.94 | $0.00 | $0.00 | $306,564.55 | $306,564.55 |